| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon, Esq. - SBN 180967<br>SIMON RESNIK HAYES LLP<br>Attorneys At Law<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA  91403<br>Tel: (818) 783-6251<br>Fax: (818) 783-6253<br>E-mail: kevin@srhlawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor(s)* | **FILED & ENTERED**<br><br>**JUN 20 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** walter    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CARMEN DELIA GARAY<br><br><br>Debtor(s). | CASE NO.: 13<br>CHAPTER: 2:13-bk-34695-SK<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided**: <u>Atlantic Credit & Finance, Inc., its Successors and/or Assigns</u>

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

    a.  Street address:    1043 12th Street, Unit 3, Santa Monica, CA 90403

    Legal description:    Lot 1 of Tract No. 35407, in the City of Santa Monica, County of Los Angeles, State of CA, as per Map Recorded in Book 911, Pages 26 and 27 of Maps

    ☒ See attached page

4. Recording information regarding lien to be avoided:
    a. Date of Recordation of Lien: 12/11/2012
    b. Recorder's Instrument Number or Map/Book/Page: 20121907633

5. ☒ Motion granted:

    a.  ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b.  ☒ The judicial lien is hereby declared void and unenforceable:

        (1) ☒ In its entirety

        (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice
    a.  ☐ Insufficient notice
    b.  ☐ Insufficient evidence of the exempt status of the property in question
    c.  ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d.  ☐ Insufficient evidence of fair market value.
    e.  ☐ Motion is incomplete.
    f.  ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):
    ☐ See attached page

Date: June 20, 2014

*[signature]*
Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

THAT PORTION OF LOT 1 OF TRACT NO. 35407, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 911 PAGES 26 AND 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 3 ON THE CONDOMINIUM PLAN RECORDED ON APRIL 23, 1979 AS INSTRUMENT NO. 79-431840 OF OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 2:

AN UNDIVIDED 1/10TH INTEREST IN AND TO LOT 1 OF SAID TRACT 35407.

EXCEPT THEREFROM THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 THRU 10 INCLUSIVE ON SAID CONDOMINIUM PLAN.

PARCEL 3:

AN EXCLUSIVE USE COMMON AREA EASEMENT FOR PARKING PURPOSES ONLY TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE, IN, OVER, ACROSS AND THROUGH THAT PORTION OF THE COMMON AREA CONSISTING OF P3 AS SHOWN AND DEFINED ON SAID CONDOMINIUM PLAN.